**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

FRANCISCO ROMERO-NEGRETE,

Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

Respondent.

No. 13-74435

Agency No. A095-766-813

MEMORANDUM*

---

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 20, 2016**

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Francisco Romero-Negrete, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

discretion the denial of a motion to reopen, *Serrano v. Gonzales,* 469 F.3d 1317,

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1318 (9th Cir. 2006), and we review de novo claims of ineffective assistance of counsel, *Mohammed v. Gonzales,* 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Romero-Negrete's motion to reopen on the basis of ineffective assistance of counsel. Romero-Negrete did not establish prejudice for the alleged ineffective assistance because he can not show plausible grounds for the relief he seeks. *See Mohammed,* 400 F.3d at 793 (to prevail on a claim of ineffective assistance of counsel, petitioner must demonstrate that counsel failed to perform with sufficient competence and that petitioner was prejudiced by that performance); *Serrano*, 469 F.3d at 1319 (to show prejudice, an alien must show plausible grounds for relief).

Respondent's motion to terminate the stay of proceedings is denied as unnecessary.

**PETITION FOR REVIEW DENIED.**

13-74435